IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE SCOTT                                                                                          PETITIONER

v.                                        NO. 5:13CV00369 JLH

RAY HOBBS, Director of the                                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Willie Scott is dismissed. All requested relief is denied, and judgment will be entered for respondent Ray Hobbs. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is also denied.

IT IS SO ORDERED this 4th day of April, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE