IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE SCOTT                                                                                          PETITIONER

v.                                        NO. 5:13CV00369 JLH

RAY HOBBS, Director of the                                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.

IT IS SO ORDERED this 4th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE